1    BENEDICT O'MAHONEY (CA Bar No. 152447)
     bomahoney@terralaw.com
2    **TERRA LAW**
     177 Park Avenue, Third Floor
3    San Jose, California 95113
     Telephone:  (408) 299-1200
4    Facsimile:  (408) 998-4895

5    JONATHAN T. SUDER (*Pro Hac Vice To Be Filed*)
     CORBY R. VOWELL (*Pro Hac Vice To Be Filed*)
6    TODD I. BLUMENFELD (Pro Hac Vice)
     **FRIEDMAN, SUDER & COOKE**
7    Tindall Square Warehouse No. 1
     604 East 4th Street, Suite 200
8    Fort Worth, Texas  76102
     Telephone:  (817) 334-0400
9    Facsimile:  (817) 334-0401
     Email:  jts@fsclaw.com
10   Email:  vowell@fsclaw.com
     Email:  blumenfeld@fsclaw.com
11
     *Counsel for Plaintiff*
12   *SOFTVAULT SYSTEMS, INC.*

13
     Jonathan M. Sobel (Pro Hac Vice)
14   Mitchell S. Feller (Pro Hac Vice)
     **SOBEL & FELLER LLP**
15   305 Madison Ave., Suite 1420
     One Grand Central Place
16   New York, NY 10165
     Telephone:  (212) 308-0600
17   Facsimile:  (212) 308-0611
     Email:  jmsobel@sobelfeller.com
18           msfeller@sobelfeller.com

19   *Counsel for Defendant*
     *MOTOROLA SOLUTIONS, INC.*
20

21                  **UNITED STATES DISTRICT COURT**

22                 **NORTHERN DISTRICT OF CALIFORNIA**

23                     **SAN FRANCISCO DIVISION**

24   SOFTVAULT SYSTEMS, INC.,              Case No. 3-cv-13-03073-LHK

25                         Plaintiff,      [PROPOSED] ORDER ~~DENYING MOTION~~ **DENYING MOTION**
                                           FOR EXTENSION OF TIME FOR CLAIM
26           v.                            CONSTRUCTION BRIEFING

27   MOTOROLA SOLLUTIONS, INC.

28                         Defendant.

                                                           Case No. 3:13-cv-03073-LHK

1

2       Recognizing the Notice of Settlement and Re~~~~~~~~~~ension of Time for

3  Claim Construction Briefing filed by Plainti~~~~~~~~~~~~~~~~~~ff~~) and Defendant

4  Motorola Solutions, Inc. ("Defendant"), it is

5       ORDERED that Defendant's Claim ~~~~~~~~~~~~~~ion Brief is ~~~ due May 1,

6  2014, and Plaintiff's Claim Construction Reply ~~~~~~ now due May 8, 20~~.

7  April 21, 201

8

9

                                             _Lucy H. Koh_

10  HONORABLE LUCY H. KOH
     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DENIED**

_Lucy H. Koh_
Judge Lucy H. Koh